FILED
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR191-LAB |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| EDGAR DELGADO-AGUILERA, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 12/2002, within the Southern District of California, defendant EDGAR DELGADO-AGUILERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

WDK:psd:San Diego
1/2/08

1  Count 2

2  On or about 12/2007, within the Southern
3  District of California, defendant EDGAR DELGADO-AGUILERA, being
4  an alien, unlawfully entered or attempted to enter the United
5  States at a time and place other than as designated by immigration
6  officers, and eluded examination and inspection by immigration
7  officers, and attempted to enter or obtained entry to the United
8  States by a willfully false or misleading representation or the
9  willful concealment of a material fact and previously committed the
10 offense of illegal entry, as alleged in Count 1; all in violation
11 of Title 8, United States Code, Section 1325, a felony.

12 Count 3

13 On or about December 24, 2007, within the Southern District of
14 California, defendant EDGAR DELGADO-AGUILERA, being an alien,
15 unlawfully entered or attempted to enter the United States at a
16 time and place other than as designated by immigration officers,
17 and eluded examination and inspection by immigration officers, and
18 attempted to enter or obtained entry to the United States by a
19 willfully false or misleading representation or the willful
20 concealment of a material fact and previously committed the offense
21 of illegal entry, as alleged in Count 1; all in violation of
22 Title 8, United States Code, Section 1325, a felony.

23 DATED: 1/23/08.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney